**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Arelis A. Pizarro-Williams<br>        Antonie S. Williams<br>                            Debtor(s) | CHAPTER 7 |
| Quicken Loans, LLC fka Quicken Loans Inc.<br>                            Movant<br>        vs. | NO. 20-12225 ELF |
| Arelis A. Pizarro-Williams<br>Antonie S. Williams<br>                            Debtor(s)<br><br>Robert H. Holber Esq.<br>                            Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant do hereby certify that true and correct copies of the foregoing Motion of Quicken Loans, LLC fka Quicken Loans Inc. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on June 26, 2020, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Arelis A. Pizarro-Williams
112 Central Avenue
Morrisville, PA 19067

Antonie S. Williams
112 Central Avenue
Morrisville, PA 19067

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee
Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

Office of the US Trustee
200 Chestnut Street, Suite 502 (via ECF)
Philadelphia, PA 19106

          **/s/ Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          Phone: (215) 627-1322
          Fax: (215) 627-7734
          Attorneys for Movant/Applicant

Date: June 26, 2020