UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Arelis A. Pizarro-Williams<br>   Antonie S. Williams<br><br>   Debtor (s) | Case No.: 20-12225(ELF)<br><br><br>Chapter 7 |

## ORDER GRANTING DEBTOR'S MOTION TO ALLOW CASE TO BE CONVERTED FROM CHAPTER 7 TO CHAPTER 13 BANKRUPTCY

    AND NOW, this _____ day of _____ 2020 upon consideration of the Motion of Arelis A. Pizarro-Williams and Antonie S. Williams to convert their case from Chapter 7 to Chapter 13 Bankruptcy, it is hereby;

    ORDERED and DECREED that the present case is hereby converted to Chapter 13 Bankruptcy from Chapter 7.

    FURTHER ORDERED:


_____
Hon. Eric L. Frank