UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>    Arelis A. Pizarro-Williams<br>    Antonie S. Williams<br><br>    Debtor (s) | :<br>:<br>:<br>:<br>: | Case No.: 20-12225(ELF)<br><br><br>Chapter 7 |
|---|---|---|

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Convert to Chapter 13 Plan and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided and on the following parties:

**Ronald H. Holber, Esq.**
Chapter 7 Trustee
Electronic Notice

**United States Trustee**
Office of the U.S. Trustee
Electronic Notice

**KML Law Group, P.C.**
Rebecca A. Solarz, Esq., Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Quicken Loans, LLC**
f/k/a Quicken Loans, Inc.
1050 Woodward Ave
Detroit, MI 48226

Dated: July 10, 2020

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107