IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :Chapter 7
     ANTONIE S. WILLIAMS              :
     ARELIS A PIZARRO-WILLIAMS    :
                                            :
                  Debtor(s)                :Bankruptcy No.20-12225

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

AND NOW, this 22nd of July, 2020, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Brad J. Sadek, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 8, 2020.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until October 7, 2020 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____   _____
Robert H. Holber, Esquire         Brad J. Sadek, Esquire
Chapter 7 Trustee                 Counsel for Debtor

ORDER

AND NOW, this 28th day of July, 2020, IT IS HEREBY ORDERED that the above Stipulation be approved ~~and made an Oder of this Court with full force and effect thereof~~.

_____
Eric L. Frank
United States Bankruptcy Judge