United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Antonie S Williams  
Arelis A Pizarro-Williams  
    Debtors

Case No. 20-12225-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi    Page 1 of 1    Date Rcvd: Jul 28, 2020  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
jdb          +Arelis A Pizarro-Williams,   112 Central Avenue,   Morrisville, PA 19067-6264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:  
         BRAD J. SADEK    on behalf of Joint Debtor Arelis A Pizarro-Williams brad@sadeklaw.com,  
          bradsadek@gmail.com  
         BRAD J. SADEK    on behalf of Debtor Antonie S Williams brad@sadeklaw.com,   bradsadek@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans, LLC fka Quicken Loans Inc.  
          bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com  
         ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,  
          rholber@ecf.axosfs.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                 TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               :Chapter 7
    ANTONIE S. WILLIAMS
    ARELIS A PIZARRO-WILLIAMS

                Debtor(s)                :Bankruptcy No.20-12225

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

AND NOW, this 22nd of July, 2020, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Brad J. Sadek, Esquire, as follows:

1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 8, 2020.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until October 7, 2020 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____  _____
Robert H. Holber, Esquire   Brad J. Sadek, Esquire
Chapter 7 Trustee           Counsel for Debtor

ORDER

AND NOW, this 28th day of July, 2020, IT IS HEREBY ORDERED that the above Stipulation be approved ~~and made an Oder of this Court with full force and effect thereof~~.

_____
Eric L. Frank
United States Bankruptcy Judge