## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|    ANTONIE S WILLIAMS | : | |
|    ARELIS A PIZARRO-WILLIAMS, | : | |
|        Debtors | : | Bky. No.  20-12225 ELF |

### ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

**WHEREAS**, the Debtors have filed a Motion to Convert Case from Chapter 7 to Chapter 13, see 11 U.S.C. § 706(a), and pursuant to L.B.R 9014-2, no hearing being necessary, and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307;

It is hereby **ORDERED** that :

1. This chapter 7 case is **CONVERTED** to a case under chapter 13.

2. Within twenty-eight (28) days of the entry of this order, the Chapter 7 Trustee shall file:

   a. An account of all receipts and disbursements made in the chapter 7 case, and
   b. A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The trustee forthwith shall turn over to the Debtors all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.

5. **ON OR BEFORE FOURTEEN (14) DAYS FROM THE ENTRY OF THIS ORDER**, the Debtors shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.

6. **Within 14 days from the date of this order**, the Debtors shall file a chapter 13 plan. **FAILURE TO TIMELY FILE THE CHAPTER 13 PLAN MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING**.

**Date: August 4, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**