United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Antonie S Williams  
Arelis A Pizarro-Williams  
    Debtors

Case No. 20-12225-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Aug 04, 2020  
                         Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.  
db/jdb       +Antonie S Williams, Arelis A Pizarro-Williams, 112 Central Avenue, Morrisville, PA 19067-6264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov Aug 05 2020 04:08:24    City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2020 04:08:12    Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2020 04:08:21    U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404  
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 05 2020 04:11:47    BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

                                                                                                                                                                   TOTAL: 4

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:  
      BRAD J. SADEK    on behalf of Debtor Antonie S Williams brad@sadeklaw.com, bradsadek@gmail.com  
      BRAD J. SADEK    on behalf of Joint Debtor Arelis A Pizarro-Williams brad@sadeklaw.com, bradsadek@gmail.com  
      REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans, LLC fka Quicken Loans Inc. bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com  
      ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com  
      ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                     TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| ANTONIE S WILLIAMS | : | |
| ARELIS A PIZARRO-WILLIAMS, | : | |
| Debtors | : | Bky. No. 20-12225 ELF |

## ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

**WHEREAS**, the Debtors have filed a Motion to Convert Case from Chapter 7 to Chapter 13, see 11 U.S.C. § 706(a), and pursuant to L.B.R 9014-2, no hearing being necessary, and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307;

It is hereby **ORDERED** that :

1. This chapter 7 case is **CONVERTED** to a case under chapter 13.

2. Within twenty-eight (28) days of the entry of this order, the Chapter 7 Trustee shall file:

    a. An account of all receipts and disbursements made in the chapter 7 case, and
    b. A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The trustee forthwith shall turn over to the Debtors all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.

5. **ON OR BEFORE FOURTEEN (14) DAYS FROM THE ENTRY OF THIS ORDER**, the Debtors shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.

6. **Within 14 days from the date of this order**, the Debtors shall file a chapter 13 plan. **FAILURE TO TIMELY FILE THE CHAPTER 13 PLAN MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING**.

**Date: August 4, 2020**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE