# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Arelis A. Pizarro-Williams<br>         Antonie S. Williams<br>                    Debtors | CHAPTER 13 |
| Quicken Loans, LLC fka Quicken Loans Inc.<br>                    Movant<br>         vs.<br>Arelis A. Pizarro-Williams<br>Antonie S. Williams<br>                    Debtors<br>William C. Miller, Esquire<br>                    Trustee | NO. 20-12225 ELF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Quicken Loans, LLC fka Quicken Loans Inc., which was filed with the Court on or about June 26, 2020 (Document No. 16).

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

August 10, 2020