# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-12225-ELF

ANTONIE S WILLIAMS
ARELIS A PIZARRO-WILLIAMS
112 CENTRAL AVENUE

MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTONIE S WILLIAMS
    ARELIS A PIZARRO-WILLIAMS
    112 CENTRAL AVENUE

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 9/18/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee