# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                               Chapter 13

      ANTONIE S WILLIAMS                        Bankruptcy No. 20-12225-ELF
      ARELIS A PIZARRO-WILLIAMS
      112 CENTRAL AVENUE

      MORRISVILLE, PA 19067

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      ANTONIE S WILLIAMS
      ARELIS A PIZARRO-WILLIAMS
      112 CENTRAL AVENUE

      MORRISVILLE, PA 19067

**Counsel for debtor(s), by electronic notice only.**
      BRAD J. SADEK ESQ
      SADEK LAW OFFICE
      1315 WALNUT STREET #502
      PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

Date: 10/1/2020                                                                                                   /s/ William C. Miller

                                                                             _____
                                                                             William C. Miller, Esquire
                                                                             Chapter 13 Standing Trustee