# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Arelis A. Pizarro-Williams<br>           Antonie S. Williams<br>                    Debtor(s) | CHAPTER 13 |
| Quicken Loans, LLC, its successors and/or assigns<br>                    Movant<br>           vs. | |
| Arelis A. Pizarro-Williams<br>Antonie S. Williams<br>                    Debtor(s) | NO. 20-12225 ELF |
| William C. Miller Esquire<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Limited Response to Motion to Sell Property of Quicken Loans, LLC, which was filed with the Court on or about **June 29, 2021 (Doc. No. 80)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: July 2, 2021