**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
ANTONIE S WILLIAMS  
ARELIS A PIZARRO-WILLIAMS

Chapter 13

Debtor

Bankruptcy No. 20-12225-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 3, 2021

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
ANTONIE S WILLIAMS  
ARELIS A PIZARRO-WILLIAMS  
112 CENTRAL AVENUE

MORRISVILLE, PA 19067