United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12225-elf |
| Antonie S Williams | Chapter 13 |
| Arelis A Pizarro-Williams | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Antonie S Williams, 112 Central Avenue, Morrisville, PA 19067-6264 |
| jdb | + | Arelis A Pizarro-Williams, 112 Central Avenue, Morrisville, PA 19067-6264 |
| 14500493 | + | Aspen Coll, Pob 10689, Brooksville, FL 34603-0689 |
| 14500494 | + | Bucks Co Drs, 30 E Court St, Doylestown, PA 18901-4319 |
| 14549198 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14541335 | | DAVID KENNEDY BIFULCO, 262A Bethlehem Pike, Suite 200, Colmar, PA 18915 |
| 14500498 | | David Kennedy Bifulco, Esq., 262A Bethlehem Pike, Suite 200, Colmar, PA 18915 |
| 14541336 | | EnerBank USA, 262A Bethlehem Pike, Suite 200, Colmar, PA 18915-1891 |
| 14500500 | + | EnerBankUSA, Attn: Bankruptcy, 1245 Brickyard Rd Ste 600, Salt Lake City, UT 84106-2562 |
| 14500501 | + | Grand View Las Vegas, 9940 S Las Vegas Blvd, Las Vegas, NV 89183-4007 |
| 14533373 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14539751 | + | NYCHRA, 150 Greenwich Street, 40th Floor, New York, NY 10007-5211 |
| 14500507 | + | NYS Dept of Social Services, Attn: Bankruptcy, 40 North Pearl St, Albany, NY 12243-0001 |
| 14500506 | + | New Jersey Automotive, 186 Mantolking Rd. Ste 2, Brick, NJ 08723-5888 |
| 14547159 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14538840 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14509939 | + | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2021 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2021 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2021 23:51:14 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14500490 | + | Email/Text: bankruptcy@rentacenter.com | Nov 03 2021 23:39:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14500491 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 03 2021 23:51:14 | Alphera Financial Serv, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016-0306 |
| 14500492 | + | Email/Text: bsimmons@amsher.com | Nov 03 2021 23:39:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14501702 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2021 23:51:19 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14500495 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:16 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14500496 | + | Email/Text: bankruptcy@cavps.com | Nov 03 2021 23:39:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 14526270 | + | Email/Text: bankruptcy@cavps.com | Nov 03 2021 23:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14500499 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2021 23:51:19 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14529670 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2021 23:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14500497 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 03 2021 23:51:16 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14500502 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 03 2021 23:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14500503 | | Email/Text: krivera@leadersfc.com | Nov 03 2021 23:39:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr. Suite 101, Cranford, NJ 07016 |
| 14536952 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14500504 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:17 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14526103 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2021 23:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14500505 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2021 23:39:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14527431 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2021 23:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14500508 | + | Email/Text: bankruptcy@onlineis.com | Nov 03 2021 23:39:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 14500509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2021 23:51:19 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14546893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2021 23:51:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14528965 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2021 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14528481 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2021 23:39:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14528480 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2021 23:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14500510 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 03 2021 23:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14500511 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:18 | Syncb/Polaris Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14547201 | | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:18 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta GA 30353-0912 |
| 14500512 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 03 2021 23:39:00 | Transworld Sys Inc/33, Attn: Compliance Dept, Po Box 15618, Wilmington, DE 19850-5618 |

Case 20-12225-elf    Doc 102    Filed 11/05/21    Entered 11/06/21 00:31:01    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 47 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Arelis A Pizarro-Williams brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Antonie S Williams brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans  LLC fka Quicken Loans Inc. bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANTONIE S WILLIAMS<br>ARELIS A PIZARRO-WILLIAMS | Chapter 13 |
| Debtor | Bankruptcy No. 20-12225-ELF |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 3, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
ANTONIE S WILLIAMS
ARELIS A PIZARRO-WILLIAMS
112 CENTRAL AVENUE

MORRISVILLE, PA 19067